UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1126**

PRISCILLA A. FREIRE,

            Plaintiff - Appellant,

      v.

KEYSTONE TITLE SETTLEMENT SERVICES, INC.,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Alexander  Williams,  Jr.,  District
Judge.  (8:08-cv-02976-AW)

Submitted:  July 22, 2010          Decided:  July 29, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Priscilla  A.  Freire,  Appellant Pro Se. John M. Barr, JACKSON
LEWIS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Priscilla A. Freire appeals the district court's order granting summary judgment to Defendant in Freire's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Freire v. Keystone Title Settlement Servs., Inc., No. 8:08-cv-02976-AW (D. Md. Dec. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED